IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC., *Plaintiff,* v. PENNSYLVANIA STATEWIDE INDEPENDENT LIVING COUNCIL, et al., *Defendants.* | CIVIL ACTION NO. 21-3423 |

**PAPPERT, J.**                                                                                                    **June 23, 2022**

### ORDER

**AND NOW**, this 23rd day of June 2022, upon consideration of Liberty Resources Inc.'s Complaint (ECF 1), Motions to Dismiss filed by Pennsylvania Statewide Independent Living Council (ECF 14) and the U.S. Departments of Education and Health and Human Services (ECF 18), Liberty's Responses (ECF 21, 22) and the DOE and HHS's Reply (ECF 23), it is **ORDERED:**

1. The Motions are **GRANTED**.

2. Liberty's claims under Title VII of the Rehabilitation Act of 1973 and Pennsylvania Independent Living Services Act are **DISMISSED with prejudice** and its claim under Title VI of the Civil Rights Act of 1964 is **DISMISSED with prejudice as to the DOE and HHS and without prejudice as to the PSILC**.  Liberty can amend its Title VI claim against the PSILC.

3. Liberty may file an amended complaint consistent with this Order and the Court's Memorandum **on or before Friday, July 8, 2022**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.